1 Sengthiene Bosavanh, Esq. #249801
  Law Offices of Jeffrey Milam
2 P.O. Box 26360
  Fresno, California 93729
3 (559) 264-2800

4

5 Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAMCHAN SAECHAO, | 1:07-CV-697 OWW GSA |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | |
| Commissioner of Social Security, | |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted a 30 day extension of time, until January 18, 2008, in which to serve Plaintiff's Confidential brief.  All remaining actions under the scheduling order filed, May 10, 2007, shall proceed under the time limit guidelines set therein.

/ /

/ /

/ /

/ /

1 | Dated: December 22, 2007 /s/ Sengthiene Bosavanh

2 | SENGTHIENE BOSAVANH, ESQ.
Attorney for Plaintiff.

3

4 | Dated: December 26, 2007 MCGREGOR SCOTT
United States Attorney

5

6 | By: /s/ Theophous Reagans
(as authorized via facsimile/e-mail)
THEOPHOUS REAGANS

7 | Assistant Regional Counsel

IT IS SO ORDERED.

Dated:   **December 27, 2007**          **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE