Sengthiene Bosavanh, Esq. #249801
Law Offices of Jeffrey Milam
P.O. Box 26360
Fresno, California 93729
(559) 264-2800

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAM SAECHAO | 1:07-CV-697 OWW GSA |
| Plaintiff, | STIPULATION AND ORDER TO DISMISS |
| vs. | |
| Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil Action filed on May 8, 2007, on behalf of Plaintiff be dismissed. After thorough review of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to continue. Plaintiff's counsel has conferred with Plaintiff and both are in agreement to dismissal, each party to bear its own costs.

Dated: April 17, 2008          /s/ Sengthiene Bosavanh

                               SENGTHIENE BOSAVANH, ESQ.
                               Attorney for Plaintiff

Dated: April 18, 2008
                               MCGREGOR SCOTT
                               United States Attorney

                               By: /s/ Theophous H. Reagans
                               (as authorized via facsimile)
                               THEOPHOUS H. REAGANS
                               Assistant Regional Counsel

1
2   IT IS SO ORDERED.
3   **Dated:   April 18, 2008**                              **/s/ Oliver W. Wanger**
                                                      UNITED STATES DISTRICT JUDGE
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28